FRANCIS W. KELLY et al., Doing Business under the Name of EDWARD F. KELLY, Respondents, *v.* LOUIS LEAVITT, Appellant.

(Submitted May 31, 1932; decided June 7, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 542.)

GOTHAM MUSIC SERVICE, INC., et al., Respondents, *v.* DENTON AND HASKINS MUSIC PUBLISHING CO., INC., Appellant.

(Submitted May 31, 1932; decided June 7, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 86.)

PIERRE L. WILLIS, Respondent, *v.* S. M. H. CORPORATION, Appellant.

(Submitted May 31, 1932; decided June 7, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 144.)